# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-1891
Lower Tribunal No. 97-4142

_____

**Todrick Roberts,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Eric W. Hendon, Judge.

Todrick Roberts, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before LAGOA, EMAS and FERNANDEZ, JJ.

PER CURIAM.

Appellant Todrick Roberts has filed numerous pro se motions and appeals challenging his conviction and sentence after which this Court ordered him, on October 29, 2014, to show cause why he should not be prohibited from filing any

further pro se pleadings in this Court related to his conviction and sentence imposed in case number F97-4142.[1] Upon consideration of Roberts' response to the order to show cause, we conclude that Roberts failed to demonstrate good cause for his actions. It is therefore ordered that the Clerk of the Third District Court of Appeal shall refuse to accept any further filings that relate to case number F97-4142, unless they have been reviewed and signed by an attorney who is a licensed member of the Florida Bar in good standing.

---

[1] See Roberts v. State, No. 3d14-1891, 2014 WL 5462532 (Fla. 3d DCA Oct. 29, 2014).